**1**

**Michael KOSTIZEWSKI v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. November 9, 1925.)

No. 4370.

In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge.

Cass J. Jankowski, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Dismissed, pursuant to stipulation of counsel.

---

**2**

**Anthony LESKI v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. November 5, 1925.)

No. 4514.

In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge.

Anthony Maiullo, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Docketed and dismissed, pursuant to motion of counsel for defendant in error.

---

**3**

**Max H. LEVY, Appellant, v. Heskel S. ELKEBIR.**

(Circuit Court of Appeals, Eighth Circuit. December 16, 1925.)

No. 7011.

Appeal from the District Court of the United States for the District of Nebraska.

Enos R. Leigh, of Omaha, Neb., for appellant.

Francis P. Matthews, of Omaha, Neb., for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellee, under rules 23 and 24.

---

**4**

**I. LOWENBERG and J. W. Harding v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. January 4, 1926.)

No. 4418.

In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge.

L. H. Graves, of Memphis, Tenn., for plaintiff in error.

S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed, pursuant to motion of counsel for plaintiff in error.

---

**5**

**John McMANUS and Joe Bethey v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. December 8, 1925.)

No. 4433.

In Error to the District Court of the United States for the Western District of Michigan; Clarence W. Sessions, Judge.

John J. Smolenski, of Grand Rapids, Mich., for plaintiff in error.

Edward J. Bowman, U. S. Atty., of Grand Rapids, Mich.

PER CURIAM. Dismissed, in pursuance of motion of counsel for defendant in error.